# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

Case Title:              Case Number: **1:18-cv-3916**
**JAMES STEWART, Plaintiff**
v.
**RESURGENT CAPITAL SERVICES; LVNV FUNDING, LLC, et al., Defendants.**

An appearance is hereby filed by the undersigned as attorney for:

**RESURGENT CAPITAL SERVICES LP and LVNV FUNDING, LLC**

Attorney name (type or print): Lindsey A.L. Conley

Firm:      HINSHAW & CULBERTSON LLP

Street Address:      151 N. Franklin Street, Suite 2500

City/State/Zip:      Chicago, IL 60606

Bar ID Number:      6317860         Telephone Number:      312-704-3719
(See item 3 in instructions)
Email Address:      lconley@hinshawlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.      ☐ Retained Counsel
                                               ☐ Appointed Counsel
                                               If appointed counsel, are you
                                               ☐ Federal Defender
                                               ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on
Attorney signature:      */s/ Lindsey A.L. Conley*
                             (Use electronic signature if the appearance form is filed electronically.)

302300083v1 1010795

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Appearance** by using the CM/ECF system, which will send notification of such filing(s) to:

James Stewart
8132 S. Harvard
Chicago, IL 60620
Phone (312) 217-0492
Cnajames1961@yahoo.com

                                          /s/ *Lindsey A.L. Conley*