## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: JAMES STEWART v. CREDIT CONTROL, LLC, RESURGENT CAPITAL SERVICES, L.P., LVNV FUNDING, LLC, and EXPERIAN INFORMATION SOLUTIONS

Case Number: 1:18-cv-03916

An appearance is hereby filed by the undersigned as attorney for:
CREDIT CONTROL, LLC

Attorney name (type or print): PATRICK A. WATTS

Firm: WATTS LAW GROUP LLC

Street address: 212 S. BEMISTON AVE, SUITE 200

City/State/Zip: ST. LOUIS, MO 63105

Bar ID Number: 6302112
(See item 3 in instructions)

Telephone Number: 3146695490

Email Address: PWATTS@SWATTSLAW.COM

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09-06-2018

Attorney signature: S/ Patrick A. Watts
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015