IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES STEWART, | ) | |
| | ) | |
|    *Plaintiff,* | ) | Case No. 1:18-cv-03916 |
| | ) | |
| v. | ) | Judge: Charles R. Norgle, Sr. |
| | ) | |
| | ) | Magistrate Judge: Michael T. Mason |
| CREDIT CONTROL, LLC (and employee), | ) | |
| RESURGENT CAPITAL SERVICES, L.P. | ) | |
| (and employee), LVNV FUNDING, LLC, and | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC. (and employee). | ) | |
|    *Defendants*. | ) | |

## NOTICE OF MOTION

To:  *Pro Se Plaintiff*
     James Stewart
     8132 S. Harvard
     Chicago, IL 60620
     cnajames1961@yahoo.com

     **PLEASE TAKE NOTICE** that on September 14, 2018 at 10:30 a.m., or soon thereafter as this Motion may be heard, I shall appear before the Honorable Charles R. Norgle, Sr. sitting in Courtroom 2341 of the United States District Court for the Northern District of Illinois and then and there present **Defendant, Credit Control, LLC's Motion to Dismiss**, a copy of which is served upon you.

                                            Respectfully submitted,

                                            Credit Control, LLC
                                            Defendant

                                            /s/Patrick A. Watts
                                            Patrick A. Watts, Esq.
                                            Watts Law Group, LLC
                                            212 S. Bemiston Ave., Suite 200
                                            Clayton, MO 63105
                                            Tel: 618-520-6477
                                            E-mail: pwatts@swattslaw.com

## CERTIFICATE OF SERVICE

      I, Patrick A. Watts, an attorney, certify that I shall cause to be served a copy of **DEFENDANT, CREDIT CONTROL, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** upon the following individual(s), by deposit in the U.S. mail and electronically via the Case Management/Electronic Case Filing System ("ECF") and by electronic mail as indicated, this on September 6, 2018.

| | | |
|---|---|---|
| X | CM/ECF | *Pro Se Plaintiff* |
| X | U.S. Mail | James Stewart |
| ___ | Federal Express | 8132 S. Harvard |
| X | E-Mail | Chicago, IL 60620 |
| ___ | Messenger | cnajames1961@yahoo.com |

                                                       /s / Patrick A. Watts
                                                       Patrick A. Watts