**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES STEWART, ) | |
| ) | |
|    *Plaintiff*, ) | Case No. 1:18-cv-03916 |
| ) | |
| v. ) | Judge: Charles R. Norgle, Sr. |
| ) | |
| ) | Magistrate Judge: Michael T. Mason |
| CREDIT CONTROL, LLC (and employee), ) | |
| RESURGENT CAPITAL SERVICES, L.P. ) | |
| (and employee), LVNV FUNDING, LLC, and ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC. (and employee). ) | |
|    *Defendants*. ) | |

### CREDIT CONTROL, LLC'S MOTION FOR LEAVE TO FILE RESPONSIVE PLEADINGS OUT OF TIME

Defendant Credit Control, LLC ("Credit Control"), through undersigned counsel, and for its Motion for Leave to File Responsive Pleadings Out of Time and accept its Motion to Dismiss as Filed, states:

1. On June 5, 2018, Plaintiff filed a Complaint in the above captioned cause of action in the United States District Court for the Northern District of Illinois in the Eastern Division.

2. On August 8, 2018, Credit Control was served, but its registered agent delivered the SOP to the incorrect party and Credit Control's litigation manager was out of the country through September 1, 2018.

3. Credit Control's deadline to appear and answer was August 29, 2018.

4. Undersigned counsel was not aware of the existence of this litigation until September 6, 2018, after which point on September 6, 2018, undersigned counsel entered his appearance in this case, and Credit Control filed its Motion to Dismiss Plaintiff's Complaint.

1

5. Credit Control's failure to respond timely to Plaintiff's Complaint was not willful.

6. No prejudice will result by granting this Motion.

7. Credit Control respectfully moves this Court for an Order granting this Motion and deeming Credit Control's Motion to Dismiss as filed on the grounds that said default was entered as a result their mistake, inadvertence, surprise, or excusable neglect pursuant to the Federal Rules of Civil Procedure 59(e) and/or 60(b)(1).

WHEREFORE, Defendant, Credit Control, LLC prays this Court to:

a. Grant Credit Control's Motion; and

b. Deny Plaintiff's Motion for Default Judgment;

b. Accept Credit Control's Motion to Dismiss Plaintiff's Complaint as filed; and

c. For such other and further relief this Court deems appropriate under the circumstances.

Dated: September 11, 2018

Respectfully submitted,

Credit Control, LLC (and employee),
Defendant

/s/Patrick A. Watts, Esq.
Patrick A. Watts, Esq.
Watts Law Group, LLC
212 S. Bemiston Ave., Suite 200
Clayton, MO 63105
Tel: 618-520-6477
E-mail: pwatts@swattslaw.com

## CERTIFICATE OF SERVICE

I, Patrick A. Watts, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S MOTION TO FILE RESPONSIVE PLEADINGS OUT OF TIME** upon all counsel of record and the following individual(s), by electronic mail as indicated, this on September 11, 2018.

| | | |
|---|---|---|
| X | CM/ECF | *Pro Se Plaintiff* |
| ___ | U.S. Mail | James Stewart |
| ___ | Federal Express | 8132 S. Harvard |
| X | E-Mail | Chicago, IL 60620 |
| ___ | Messenger | cnajames1961@yahoo.com |

/s / Patrick A. Watts
Patrick A. Watts