UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

James Stewart
                         Plaintiff,

v.                                                    Case No.: 1:18–cv–03916
                                                         Honorable Charles R. Norgle Sr.

Credit Control, LLC, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 7, 2019:

      MINUTE entry before the Honorable Jeffrey Cummings:Discovery conference held. Defendant Credit Control's motion to stay discovery [75] is entered and continued. Plaintiff's opposition to defendant's motion to stay [80] was improperly filed as a motion instead of a response to defendant's motion. Accordingly, plaintiff's opposition to the motion to stay [80] is denied as it is not in itself a motion; however, the Court will consider the arguments raised by plaintiff when considering defendant's motion to stay. As stated on the record, plaintiff is to provide all defendants with a letter clearly outlining what discovery remains at issue, including discovery disputes raised in his motions to compel and any email correspondence, by 3/21/19. Defendants are to provide the Court with their responses to requests to produce, interrogatories, and requests to admit, along with a cover letter outlining what they have produced and what disputes remain between plaintiff and defendants by 4/4/19. Defendants are to provide two copies of their submission to this Court's chambers, room 1350, by the close of business on 4/4/19. Defendant Experian is directed to supplement its submission after it responds to plaintiff's outstanding requests for admission if it responds to the requests after 4/4/19. The parties are encouraged to continue discussions to narrow down the remaining discovery disputes before defendants' submissions to the Court. Defendant LVNV Funding is to meet and confer with plaintiff over plaintiff's responses to interrogatories, requests to produce, and requests to admit. If disputes over plaintiff's responses remain after the meet and confer, defendant LVNV Funding is to submit plaintiff's responses to discovery along with a letter identifying what is at issue by 4/4/19. A motion hearing on the remaining discovery issues will be held on 4/25/19 at 11:00 a.m. Plaintiff has leave to submit requests to admit on defendants Credit Control and Resurgent by 3/21/19, but plaintiff may not issue any additional discovery requests or file further motions to compel prior to the 4/25/19 motion hearing. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.