## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

James Stewart
                              Plaintiff,

v.                                                   Case No.: 1:18–cv–03916
                                                        Honorable Charles R. Norgle Sr.

Credit Control, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 25, 2019:

      MINUTE entry before the Honorable Jeffrey Cummings:Status hearing held and continued to 5/23/19 at 11:00 a.m. Defendant Credit Control's motion to stay discovery [75] is granted for the reasons stated in open court. Plaintiff may not submit additional discovery requests to Credit Control until the District Court rules on Credit Control's pending motion to dismiss [25]. Defendants LVNV, Resurgent, and Experian are given leave to submit letters to plaintiff by 5/3/19 that identify discovery requests that require further response from plaintiff. Defendants shall rephrase their requests as needed to state them in clear and understandable terms. Plaintiff is directed to provide a substantive response to all items identified in the letters by 5/10/19. If plaintiff fails to provide adequate responses, defendants are given leave to file a motion to compel. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.