IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Stewart<br><br>Plaintiff<br><br>v.<br><br>Credit Control LLC et al<br><br>Defendant(s). | Case No. 18 C 3916<br>Judge Jeffrey Cummings |

## ORDER

Hearing held on defendant Resurgent Capital Services L.P.'s motion to compel discovery. Resurgent seeks relief with respect to plaintiff's answers to its interrogatories, his response to its document production requests, and his responses to its requests for admission. Resurgent's motion is granted in part and denied in part for the reasons stated below.

## STATEMENT

With respect to the interrogatories, Resurgent seeks to compel plaintiff to provide more complete answers to its interrogatories nos. 1, 5, 6a, and 12. This aspect of Resurgent's motion is granted and plaintiff's objections to the interrogatories in question are stricken. Plaintiff is ordered to: (a) state each work, home, and cellular phone number that he has had from January 1, 2002 through the present in further answer to interrogatory number 1; (b) answer interrogatory number 5 as it is stated with consideration given to the copies of the credit card statements for the Capital One Visa Business credit account ending in 6488 that Resurgent has provided him with; (c) state all reasons why he disputes owing money on the Capital One Visa Business credit account ending in 6488; and (d) answer interrogatory number 12 as stated with respect to any payments that plaintiff has made on the Capital One Visa Business credit account ending in 6488 and the name(s) and address(es) of the banking institution(s) that plaintiff used to make such payments.

With respect to the requests for production, Resurgent seeks to compel plaintiff to provide all documents within his possession, custody, or control that are responsive to request for production number 16. This aspect of Resurgent's motion is granted and plaintiff's objections to this request are stricken. Plaintiff is ordered to provide all documents evidencing the fact that he made any payment(s) on the Capital One Visa Business credit account ending in 6488, including account statements, bank statements, bank records, copies of cashed checks, and on-line payment receipts.

With respect to its requests for admission, Resurgent seeks the entry of an order deeming admitted each request for admission where plaintiff has either denied the request or stated that plaintiff can neither admit nor deny the request "because plaintiff lacks sufficient information to draw a reasonable conclusion." This aspect of Resurgent's motion is denied as stated but granted

to the following extent. Plaintiff's responses to requests nos. 7-10, in which plaintiff stated denials, can stand as is if plaintiff's denials are accurate and made in good faith. Plaintiff's responses to requests to admit nos. 2, 3, 4, 5, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21 are stricken because these responses do not comply with the requirements of Federal Rule of Civil Procedure 36(a)(4). Under Rule 36(a)(4), plaintiff can "only assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny" the request. Plaintiff is ordered to submit responses to the above requests for admission that conform with the standards of Rule 36(a)(4).

Plaintiff is ordered to comply with this Court's order on or before 6/6/19 and he must provide a verification of his revised answers and responses under penalty of perjury. Plaintiff was warned in open court about the potential consequences and sanctions that will result if he fails to comply with this Court's order. Separately, all defendants are required on or before 5/31/19 to fully comply with this Court's 3/7/19 order to the extent that they have not done so already. Defendants are also granted leave to issue subpoenas to the banking institutions from which plaintiff made payments on the Capital One Visa Business credit account ending in 6488 in the event that plaintiff does not produce his banking records pertaining to these payments. This case is set for further status on 7/30/19 at 10:30 a.m. The parties will be expected to identify the depositions that they intend to take and this Court will set a discovery cut-off for fact discovery.

00:45

Date: 5/23/2019

Jeffrey Cummings
United States Magistrate Judge