FILED 

JUN 14 2019 sxb

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STEWART, JAMES | CASE NUMBER 1:18-cv-03916 |
| Plaintiff | Judge Charles R Norgle Sr |
| V | Magistrate Judge Michael T. Mason |
| CREDIT CONTROL, LLC and employee | Magistrate Judge Jeffrey Cummings |

RESURGENT CAPITAL SERVICES

(RESURGENT) and employee

EXPERIAN INFORMATION SOLUTIONS INC.

(EXPERIAN) and employee

LVNV FUNDING LLC (LVNV)

Defendants

### AMENDED NOTICE OF MOTION TO COMPEL EXPERIAN, RESURGENT, LVNV TO PRODUCE THE BALANCE OF DISCOVERY AGREED UPON

PLEASE TAKE NOTICE that on June 13, 2019 Plaintiff filed with the court his AMENDED NOTICE OF Motion to COMPEL Defendants EXPERIAN, RESURGENT AND LVNV to provide the requested discovery that has been ordered by the court to be produce due May 31, 2019.

Plaintiff certifies that he has in good faith conferred or attempted to confer with the persons failing to make disclosure in an effort to obtain it without court action.

On May 14, 2019 plaintiff sent Mrs. Ward email notice that the court ordered the remaining discovery be submitted by May 31, 2019  Mrs. Ward didn't respond

June 3, 2019 call Mrs. Ward counsel for Experian to produce the balance of discovery the court ordered due May 31, 2019 she says like so many times before it's in the mail and so after a week of waiting plaintiff has attempted to settle the discovery issues time and time again with no success and ask the court to intervene to compel Mrs. Ward to supply the balance of discovery.

Also plaintiff has attempted in good faith to obtain the balance of discovery from RESURGENT AND LVNV due May 31, 2019.

> 6/10/2019 call mr foster no answer 1:03pm  no answer  1:02 pm
>
> 6/11/2019 call Mr. foster Tuesday 9;19 am no answer 11:50 am no answer
>
> 6/11/2019 email mr foster notice the discovery was due a week ago no response

After attempting  to settle discovery issues plaintiff request the court to intervene and compel the defendants to submitted the balance of discovery to be heard June 20, 2019 at 10:30 am in Magistrate Judge Jeffrey Cummings courtroom 1350.

Respectfully submitted

/s/James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492
Cnajames1961@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019 a copy of the foregoing document to be electronically filed

with the Clerk of Court who is using the CM/ECF system which will be sent to all attorneys of

record and via mail to:

Jamie N. Ward
jamieward@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601.1692
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

Nabil G. Foster
Lindsey Conley
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
nfoster@hinshawlaw.com
lconley@hinshawlaw.com

Patrick A. Watts, Esq.
Watts Law Group, LLC
212 S. Bemiston Ave., Suite 200
Clayton, MO 63105
Tel: 618-520-6477
E-mail: pwatts@swattslaw.com