IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STEWART, JAMES | CASE NUMBER  1:18-cv-03916 |
| Plaintiff | Judge Charles R Norgle Sr |
| V | Magistrate Judge Michael T. Mason |
| CREDIT CONTROL, LLC and employee | Magistrate Judge Jeffrey Cummings |
| RESURGENT CAPITAL SERVICES | |
| (RESURGENT) and employee | |
| EXPERIAN INFORMATION SOLUTIONS INC. | |
| (EXPERIAN) and employee | |
| LVNV FUNDING LLC (LVNV) | |
| Defendants | |



FILED
JUN 25 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MOTION FOR SANCTION

1. NOW COMES the Plaintiff James Stewart who herein submits his request for sanctions pursuant to Federal Rule of Civil Procedure 37(d)(2) for the following reasons

   i. During the 26f conference held September 14, 2018 Plaintiff requested a protective order before conducing discovery See Joint Initial Status Report docket # 36 dated October 15, 2018, counsel for defendants would not agree to confidential order.

   ii. Plaintiff submitted request for production September 24, 2018

iii    Defendants responded to request for production with objection to the production request claiming client / attorney privilege without having the protective order in place or on the docket in violation of the rule 37(d)(2).

> 37(d)(2) *Unacceptable Excuse for Failing to Act.* A failure described in Rule 37(d)(1)(A) is not excused on the ground that the discovery sought was objectionable, unless the party failing to act has a pending motion for a protective order under Rule 26(c).

iv    Protective order on file December 3, 2018

v    Experian November 2, 2018 response to production item numbers 5, 7, 10, 11, 12,13,and 14 stating " Experian also objects to this request on the grounds that it calls for the disclosure of confidential, proprietary, and or trade secret information. (and/or) Finally, Experian objects to this Request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, the attorney work product privilege." In violation of Rule 37(d)(2)

vi    Credit Control November 6, 2018 response to production item numbers 9, 15, 16 stating "Subject to and without waiving the foregoing objections and subject to a protective order by the court, Credit Control will produce policies relating to the FCRA" "Defendant further objects on the grounds and to the extent that this request seeks information protected by the attorney client privilege and the work product doctrine." In violation of Rule 37(d)(2).

    vii    LVNV November 11, 2018, in response to production item number 9, 13, 14, and 15 "Objection This request seeks irrelevant information, seeks the production of confidential information that cannot be produced without a confidentiality agreement order being entered.". In violation of Rule 37(d)(2). Also request number 4 is missing the Exhibits 16 certified mail 7017 1070 0000 5157 1547 and exhibits 19 certified Mail 7017 1070 0000 5157 8867 that was sent to Resurgent and LVNV.

**WHEREFORE Plaintiff request an order for sanctions for violating discovery request for inspection and any other relief this court see fit.**

Respectfully submitted

/s/James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492
Cnajames1961@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019 a copy of the foregoing document to be electronically filed with the Clerk of Court who is using the CM/ECF system which will be sent to all attorneys of record and via email to:

Jamie N. Ward
jamieward@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601.1692
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

Nabil G. Foster
Lindsey Conley
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
nfoster@hinshawlaw.com
lconley@hinshawlaw.com

Patrick A. Watts, Esq.
Watts Law Group, LLC
212 S. Bemiston Ave., Suite 200
St Louis, MO 63105
Tel: 618-520-6477
E-mail: pwatts@swattslaw.com