IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Stewart<br><br>Plaintiff<br><br>v.<br><br>Credit Control, LLC; Resurgent Capital Services; Experian Information Solutions, Inc.; LVNV Funding LLC<br><br>Defendant(s). | Case No. 18 C 3916<br>Judge Jeffrey Cummings |

## ORDER

Plaintiff has filed separate motions to compel defendant Experian Information Solutions, Inc. [90], Resurgent Capital Services, Inc. [91], and LVNV Funding LLC [92]] to provide further responses to his written discovery requests. The Court rules as follows on these motions and no appearance will be required by plaintiff and defense counsel on 6/27/19.

## STATEMENT

Experian notes in its response that plaintiff has failed to engage in the meet and confer obligations required by Local Rule 37.2 prior to filing his motion to compel. This alone provides grounds for the denial of plaintiff's motion. Furthermore, Experian credibly represents that it has attempted to comply with this Court's 5/23/19 Order by timely serving plaintiff by regular U.S. mail and electronically with an additional 800 pages of documents. Although Experian's counsel has offered to bring yet another copy of these documents to provide them to plaintiff in open court, this Court does not believe that Experian should be required to bear the costs it will incur by another in-person appearance by its counsel. Instead, Experian can resend the documents to plaintiff by certified mail. Plaintiff's motion to compel Experian is therefore denied.

Plaintiff has similarly failed to comply with the meet and confer obligations imposed by Local Rule 37.2 with respect to the motions to compel that he filed against Resurgent and LVNV and his motions against these defendants are denied for this reason. Furthermore, plaintiff's motions against Resurgent and LVNV do not address the only issue concerning them (namely, their compliance with plaintiff's requests for admission) that was raised by this Court's prior Orders of 3/7/19 and 5/23/19. Instead, plaintiff's motions seek to have LVNV answer two "amended" requests for admission and for this Court reconsider rulings regarding his discovery requests that this Court has already made. This Court will neither force LVNV to answer the "amended" requests for admission nor will the Court reconsider its prior rulings on plaintiff's discovery requests. Accordingly, plaintiff's motions to compel Experian and LVNV are denied for this reason as well.

Date: 6/26/2019

_____
Jeffrey Cummings
United States Magistrate Judge