**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN**
**DIVISION**

| | |
|---|---|
| **JAMES STEWART,** | |
| **Plaintiff,** | **Case No. 1:18-cv-03916** |
| **v.** | |
| **CREDIT CONTROL, LLC (and employee), RESURGENT CAPITAL SERVICES, L.P. (and employee), LVNV FUNDING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC. (and employee).** | **Credit Control's Amended Corporate Disclosure Statement** |
| **Defendants.** | |

**DEFENDANT CREDIT CONTROL, LLC'S AMENDED**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(b)(2)**

Defendant, Credit Control, LLC, by and through its counsel, Patrick A. Watts, Esq., hereby submits its Amended Corporate Disclosure Statement and states as follows:

On or about June 30, 2019, the following ownership change became effective for Credit Control, LLC.

Credit Control Holdings, Inc. is the 100% owner of Credit Control, LLC and is not a publicly traded company.

Credit Control, LLC, is not a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Credit Control, LLC or Credit Control Holdings, Inc.

Dated: July 1, 2019

Respectfully submitted,

WATTS LAW GROUP, LLC

*Attorneys for Defendant*
Credit Control, LLC

 /s/ PATRICK A. WATTS
Patrick A. Watts
IL State Bar No. 6202112
Watts Law Group, LLC
150 S. Wacker Drive, Ste. 2400
Chicago, IL 60606
P: (312) 725-8267
F: (888) 632-6937
pwatts@swattslaw.com

## CERTIFICATE OF SERVICE

I certify that I shall cause to be served a copy of the foregoing document upon to parties entitled to notice of the same via **ECF** and to the following individual(s), by electronic mail and via the Case Management/Electronic Case Filing System ("ECF") as indicated, this on July 1, 2019.

_X__     CM/ECF                          *Pro Se Plaintiff*
___      U.S. Mail                        James Stewart
___      Federal Express                  8132 S. Harvard
_X_      E-Mail                            Chicago, IL 60620
___      Messenger                        cnajames1961@yahoo.com

By /s/ PATRICK A. WATTS
Patrick A. Watts