# Exhibit B

**Foster, Nabil G.**

| | |
|---|---|
| **From:** | James Stewart <cnajames1961@yahoo.com> |
| **Sent:** | Friday, February 14, 2020 12:57 PM |
| **To:** | pwatts@swattslaw.com; Foster, Nabil G. |
| **Subject:** | RE: Stewart v Credit Control - deposition dates |

**\*\*\* External email \*\*\***

I plan to file a motion to stay discovery. By monday

Sent from Yahoo Mail on Android

On Fri, Feb 14, 2020 at 9:43 AM, Patrick Watts
<pwatts@swattslaw.com> wrote:

Well at this point, I think it is safe to assume Mr. Stewart is not appearing for deposition?

---

**From:** Foster, Nabil G. <NFoster@hinshawlaw.com>
**Sent:** Tuesday, February 4, 2020 10:59 AM
**To:** cnajames1961@yahoo.com
**Cc:** Patrick Watts <pwatts@swattslaw.com>; Jamie N. Ward <jamieward@jonesday.com>
**Subject:** RE: Stewart v Credit Control - deposition dates


Mr. Stewart,


Thank you for calling me yesterday and telling me you have still not decided whether you will appear for your deposition in this case. When you do make a final decision, please let me know. IF you decide to appear, please tell me on which of the three dates you will appear. I will need to know this several days in advance so that I can schedule the court reporter and arrange for the video equipment.


Thank you.


**Nabil G. Foster**
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500, Chicago, IL 60606
Tel: 312-704-3262 | Fax: 312-704-3001
NFoster@hinshawlaw.com | hinshawlaw.com

1



**From:** Foster, Nabil G.
**Sent:** Wednesday, January 29, 2020 2:44 PM
**To:** cnajames1961@yahoo.com
**Cc:** Patrick Watts <pwatts@swattslaw.com>; Jamie N. Ward <jamieward@jonesday.com>
**Subject:** Stewart v Credit Control - deposition dates
**Importance:** High

Mr. Stewart,

Please let me know on which of the following three dates you will appear for your deposition at my office in Chicago:

Tuesday, Feb. 11 at 1 p.m.

Thursday, Feb. 13 at 1 p.m.

Tuesday, Feb 18 at 1 p.m.

**Nabil G. Foster**
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500, Chicago, IL 60606
Tel: 312-704-3262 | Fax: 312-704-3001
NFoster@hinshawlaw.com | hinshawlaw.com

Please consider the environment before printing this e-mail



Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.