FILED
4/9/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
TD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STEWART, JAMES | CASE NUMBER 1:18-cv-03916 |
| Plaintiff | Judge Charles R Norgle Sr |
| V | Magistrate Judge Michael T. Mason |
| CREDIT CONTROL, LLC and employee | Magistrate Judge Jeffrey Cummings |
| RESURGENT CAPITAL SERVICES | |
| (RESURGENT) and employee | |
| EXPERIAN INFORMATION SOLUTIONS INC. | |
| (EXPERIAN) and employee | |
| LVNV FUNDING LLC (LVNV) | |
| Defendants | |

MOTION FOR RECONSIDERATION OF SANCTION

NOW COMES the Plaintiff James Stewart who herein submits his request for reconsideration of sanctions pursuant to Federal Rule of Civil Procedure 37(d)(2) for the following reasons:

On June 26, 2019 the court denied Plaintiff request for sanctions because Plaintiff filed the motion less than four days before hearing and Plaintiff allegedly didn't meet and confer.

However plaintiff admit the filing was in violation of the four day before hearing rule of the court however Plaintiff allege the 37(d)(2) sanction is automatic, and in addition did notice the parties on 11/13/2018 that the discovery responses were insufficient and that the responses violate 37(d)(2). Defendants just ignored the violation. See email

Then on 12/2/2018 plaintiff requested all parties produce production of allege documents with claim of privilege without a protective order being in place which violate 37(d)(2). Defendants just ignored the violation. See email

Before filing this motion for reconsideration, Plaintiff certify his motion for sanctions for failing to answer or respond is in good faith conferred or attempted to confer with the party's failing to act in an effort to obtain the production, answer, or response without court action and he notice all Defendants his plans to file this motion March 5, 2020 and Defendants

Experian        __x__object    ____ do not object    LVNV _x___object    ____ do not object

Credit Control __x__object    ____ do not object

Plaintiff states that after attempting consultation over the phone and good faith attempts to resolve differences to prevent the filing of the motion for sanctions Mr. Stewart was unsuccessful in engaging in such consultation due to no fault of Mr. Stewart. Mr. Stewart attempted to resolve the matter by calling the defendants on the following dates

| Mr. Watts ask to shoot him an email. Plaintiff did so but Mr. Watts did not respond to the email. | 4/2/2020 | 5:02PM | 618-520-6477 |
| --- | --- | --- | --- |
| Mrs. Ward ask to shoot her an email and rudlly hung up the phone. | 4/2/2020 | 4:52PM | 312-782-3939 |

| | | | |
|---|---|---|---|
| Plaintiff did so but Mrs. Ward did not respond to the email. | | | |
| Mr. Foster did not respond to calls nor message left over the phone | 4/2/2020 | 5:02PM | 312-704-3262 |
| | | | |
| Mr. Watts did not respond to call nor message left over the phone | 4/6/2020 | 12:21PM | 618-520-6477 |
| Mrs. Ward did not respond to call nor message left over the phone | 4/6/2020 | 12:20PM | 312-782-3939 |
| Mr. Foster did not respond to call nor message left over the phone | 4/6/2020 | 12:18PM | 312-704-3262 |
| | | | |
| Mr. Watts alleges he provide the requested discovery. Mr. Stewart position is the court | 4/8/2020 | 3:47 PM | 618-520-6477 |

| | | | |
|---|---|---|---|
| stayed discovery and that the requested discovery was not provide or that an in camera review was not provided for alleged attorney client privilege objections. | | | |
| Mrs. Ward did not respond to call nor message left over the phone | 4/8/2020 | 3:46 PM | 312-782-3939 |
| Mr. Foster did not respond to call nor message left over the phone | 4/8/2020 | 3:44 PM | 312-704-3262 |

Furthermore, Plaintiff states the following;

During the 26f conference held September 14, 2018 Plaintiff requested a protective order before conducing discovery See Joint Initial Status Report docket # 36 dated October 15, 2018, counsel for defendants would not agree to confidential order.

Plaintiff submitted request for production September 24, 2018

Defendants responded to request for production with objection to the production request claiming client / attorney privilege without having the protective order in place or on the docket in violation of the rule

37(d)(2).

> 37(d)(2) *Unacceptable Excuse for Failing to Act.* A failure described in Rule 37(d)(1)(A) is not excused on the ground that the discovery sought was objectionable, unless the party failing to
> act has a pending motion for a protective order under Rule 26(c)

Protective order on file December 3, 2018

Experian November 2, 2018 response to production item numbers 5, 7, 10, 11, 12,13,and 14 stating " Experian also objects to this request on the grounds that it calls for the disclosure of confidential, proprietary, and or trade secret information. (and/or) Finally, Experian objects to this Request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, the attorney work product privilege" in violation of Rule 37(d)(2)

Credit Control November 6, 2018 response to production item numbers 9, 15, 16 stating "Subject to and without waiving the foregoing objections and subject to a protective order by the court, Credit Control will produce policies relating to the FCRA" "Defendant further objects on the grounds and to the extent that this request seeks information protected by the attorney client privilege and the work product doctrine." In violation of Rule 37(d)(2).

LVNV November 11, 2018, in response to production item number 9, 13, 14, and 15 "Objection This request seeks irrelevant information, seeks the production of confidential information that cannot be produced without a confidentiality agreement order being entered.". In violation of Rule 37(d)(2). Also request number 4 is missing the Exhibits 16 certified mail 7017 1070 0000 5157 1547 and exhibits 19 certified Mail 7017 1070 0000 5157 8867 that was sent to Resurgent and LVNV is missing. In addition counsel statement that the information is not relevant is a misrepresentation of the fact that the Forward Flow Receivable Sale Agreement is a threshold issue which the production is required evidence to prove a lawful assignment and just what right, title or interest it own by the allege debt buyer LVNV.

WHEREFORE, Plaintiff requests that this Court sanction Defendants and/or Defendants counsel as set forth above and grant such other relief as this Court deems proper.

Respectfully submitted

/s/James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492
Cnajames1961@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020 a copy of the foregoing document to be electronically filed with the Clerk of Court who is using the CM/ECF system which will be sent to all attorneys of record and via email to be heard ASAP.

| | |
|---|---|
| Jamie N. Ward<br>jamieward@jonesday.com<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601.1692<br>Telephone: +1.312.782.3939<br>Facsimile: +1.312.782.8585 | Nabil G. Foster<br>Lindsey Conley<br>HINSHAW & CULBERTSON LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Telephone: 312-704-3000<br>Facsimile: 312-704-3001<br>nfoster@hinshawlaw.com<br>lconley@hinshawlaw.com |
| Patrick A. Watts, Esq.<br>Watts Law Group, LLC<br>212 S. Bemiston Ave., Suite 200<br>St Louis , MO 63105<br>Tel: 618-520-6477<br>E-mail: pwatts@swattslaw.com | |





yahoo!mail Search your mailbox James Stewart Account Info Go Sign Out Home

CREDIT CONT… Contacts Notepad Calendar

Compose

Inbox 17
Drafts 156
Sent
Archive
Spam
Trash

Folders Edit Show

Delete Spam Actions Apply

Raging Bull California Man Mak Ad

**protecitve order** cnajames1961@ya.../CREDIT CONTROL ...

Nov 13, 2018 at 10:23 AM
Print Raw message

**James Stewart** <cnajames1961@yahoo.com>
To: Patrick Watts <pwatts@swattslaw.com>,
Jamie N. Ward <jamieward@jonesday.com>,
Nabil G. Foster <nfoster@hinshawlaw.com>,
James Stewart <cnajames1961@yahoo.com>,
Lindsey Conley <lconley@hinshawlaw.com>

**1 File** 33kB

DOCX 33kB
US DISTRIC…
Download

Dear Attorneys after a review of the responses to Plaintiff discovery (request for production) some of the responses state a claim of privilege and work product in the responses by CREDIT CONTROL, LVNV, AND EXPERIAN, clearly these are automatic sanctions pursuant to 37(d)(2).

PLEASE REVIEW YOUR RESPONSES

Also before this case can move forward there must be a protective order in place for all concern.

Please review the protective order Plaintiff will filed and state if your in agreement with the order.

Respectfully.

James Stewart
8132 S Harvard
Chicago Illinois 60620
cnajames1961@yahoo.com
312 217 0492

Compose

Delete Spam Actions Apply

**production**    cnajames1961@ya.../CREDIT CONTROL ...

Nov 28, 2018 at 3:44 PM

**James Stewart** &lt;cnajames1961@yahoo.com&gt;
To: Jamie N. Ward &lt;jamieward@jonesday.com&gt;
Cc: Patrick Watts &lt;pwatts@swattslaw.com&gt;,
Nabil G. Foster &lt;nfoster@hinshawlaw.com&gt;,
Lindsey Conley &lt;lconley@hinshawlaw.com&gt;,
Regina Watts &lt;regina@watts-law.com&gt;

Dear Parties , I have ask for the protective order in this case to be review and sign a number of times and as of today no one has said a thing about.

As you all know claiming a privilege without having a protective order in place or having a motion to have a protective order to be ruled upon doesn't excuse a party from answering the production request and is a violation of 37d(2).

Please respond to all production request were you have claim privilege but request a protective order be in place first.

James Stewart
8132 S Harvard
Chicago Illinois 60620
cnajames1961@yahoo.com
312 217 0492

yahoo!mail

Search your mailbox | James Stewart | Account Info | Go | Sign Out | Home

CREDIT CONT… | Contacts | Notepad | Calendar

Compose

Inbox 20
Drafts 156
Sent
Archive
Spam
Trash

Folders Edit Show

Delete Spam Actions Apply

Ad

**production**

cnajames1961@ya.../CREDIT CONTROL ...

Dec 2, 2018 at 5:33 PM

Print Raw message

**James Stewart** <cnajames1961@yahoo.com>
To: Nabil G. Foster <nfoster@hinshawlaw.com>,
Jamie N. Ward <jamieward@jonesday.com>,
Patrick Watts <pwatts@swattslaw.com>,
Lindsey Conley <lconley@hinshawlaw.com>,
Regina Watts <regina@watts-law.com>

Dear Parties , please submit responses to all request for production that claim privilege , as you know claiming privilege without a protective order in place is no excuse not to provide the request for production. If the request for production is not submitted I will be force to file a motion to compel by Tuesday December 4, 2018.

James Stewart
8132 S Harvard
Chicago Illinois 60620
cnajames1961@yahoo.com
312 217 0492

Chummy Tees

Compose

Delete Spam Actions Apply

