SH

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

STEWART, JAMES

Plaintiff/Appellant

V

Case 1:18-cv-03916

Judge John F. Kness
Magistrate Judge Jeffrey Cummings

CREDIT CONTROL, LLC and employee

RESURGENT CAPITAL SERVICES (RESURGENT) and employee

EXPERIAN INFORMATION SOLUTIONS INC. (EXPERIAN) and employee

LVNV FUNDING LLC (LVNV)

Defendants

## NOTICE OF APPEAL

Notice is hereby given that STEWART, JAMES Plaintiff , Credit Control et al., defendants in
the above named case. Hereby appeal to the United States Court of Appeals for the 7 circuit from
the final judgment of an order by Judge John F. Kness on a motion for sanctions [162] and the
report and recommendation [199]. In The United States District Court for the Northern District of
Illinois Eastern Division entered in this action on the 7 day of July, 2020

/s/ James Stewart
James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492
Cnajames1961@yahoo.com

8/6/20

**FILED**
μ
AUG 06 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on  August 6, 2020 a true copy of the foregoing notice of filing

was filed with the court and served upon each of the attorneys of record, by email;

| | | |
|---|---|---|
| Jamie N. Ward<br>jamieward@jonesday.com<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601.1692<br>Telephone: +1.312.782.3939<br>Facsimile: +1.312.782.8585 | Nabil G. Foster<br>Lindsey Conley<br>HINSHAW &<br>CULBERTSON LLP<br>151 North Franklin Street,<br>Suite 2500<br>Chicago, IL 60606<br>Telephone: 312-704-3000<br>Facsimile: 312-704-3001<br>nfoster@hinshawlaw.com<br>lconley@hinshawlaw.com | Patrick A. Watts, Esq.<br>Watts Law Group, LLC<br>*Chicago Office*<br>150 S. Wacker Dr., Ste. 2400<br>Chicago, IL 60606<br>P. (312) 725-8267 |