IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

STEWART, JAMES

Plaintiff/Appellant

Case 1:18-cv-03916

V

Judge John F. Kness
Magistrate Judge Jeffrey Cummings

CREDIT CONTROL, LLC and employee

RESURGENT CAPITAL SERVICES (RESURGENT) and employee

EXPERIAN INFORMATION SOLUTIONS INC. (EXPERIAN) and employee

LVNV FUNDING LLC (LVNV)

Defendants

Docketing Statement

The above entitled action was brought pursuant to the Fair Credit Reporting Act 15 U.S.C. 1681 et al and the Fair Debt Collection Practices Act 15 U.S.C. 1692 et al. The District Court had jurisdiction pursuant to 15 U.S.C. 1681p and 15 U.S.C. 1692k

Jurisdiction of the Appellate Court is pursuant to 28 U.S.C. 1291 based on Federal Rule of Appellate Procedure Rule 3.

The date of judgment entry to be reviewed 7/7/2020.

The filing date of the notice of appeal 8/6/2020.

The appeal is from an order that dispose the complete case.

Plaintiff is proceeding Pro Se.

James Stewart
8132 S Harvard;
Chicago Illinois 60620;
312 217 0492;
cnajames1961@yahoo.com

8/6/20



FILED
AUG 06 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2020 a true copy of the foregoing notice of filing was filed with the court and served upon each of the attorneys of record, by email;

| Jamie N. Ward<br>jamieward@jonesday.com<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601.1692<br>Telephone: +1.312.782.3939<br>Facsimile: +1.312.782.8585 | Nabil G. Foster<br>Lindsey Conley<br>HINSHAW & CULBERTSON LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Telephone: 312-704-3000<br>Facsimile: 312-704-3001<br>nfoster@hinshawlaw.com<br>lconley@hinshawlaw.com | Patrick A. Watts, Esq.<br>Watts Law Group, LLC<br>*Chicago Office*<br>150 S. Wacker Dr., Ste. 2400<br>Chicago, IL 60606<br>P. (312) 725-8267 |